UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---

|  |  |
|---|---|
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION** | : 3:09-md-02100-DRH-PMF<br>:<br>: MDL No. 2100<br>:<br>:<br>: **Judge David R. Herndon** |

**This Document Relates to:**

*Karalyn Cardinale v. HealthCare Pharmaceuticals,*
*Inc. et al.* (3:10-cv-11617-DRH-PMF)

*Jennifer Kimbel v. HealthCare Pharmaceuticals,*
*Inc. et al.* (3:10-cv-11095-DRH-PMF)

*Lori L. Leccese v. HealthCare Pharmaceuticals,*
*Inc. et al.* (3:10-cv-10637-DRH-PMF)

*Sarah Tull v. Bayer HealthCare Pharmaceuticals,*
*Inc. et al.* (3:10-cv-12315-DRH-PMF)

*Marissa Dicostanzo v. Bayer HealthCare*
*Pharmaceuticals Inc., et al.*
(3:10-cv-10578-DRH-PMF)

---

**ORDER**

This matter is before the Court on motions filed by the Plaintiffs in the above captioned cases for leave to amend their complaints. Each Plaintiff moves for leave to amend her complaint for the purpose of correcting the factual allegation that the injury alleged was fatal. Specifically, Plaintiffs' original

complaints allege that each Plaintiff suffered a "fatal bilateral pulmonary emboli." The Plaintiffs seek leave to amend their complaints to allege that the Plaintiffs suffered pulmonary embolisms that were not fatal. Upon consideration of Plaintiffs' motions the Court finds as follows:

Plaintiffs' motions for leave to amend for the purpose of correcting the above noted factual allegations are **GRANTED. Further**, Plaintiffs are **directed** to file their amended complaints **instanter**.

**SO ORDERED:**

/s/    David R Herndon

Chief Judge
United States District Court                    DATE:  October 8, 2010